# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SETH CAMERON VIRGIL,<br><br>　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, et al.,<br><br>　　Defendants. | Case No. 1:25-cv-01641-MPB-MJD |

## DEFENDANT CUSHMAN & WAKEFIELD U.S., INC.'S
## NOTICE OF PARTIES' FIRST EXTENSION OF TIME

Pursuant to Southern District of Indiana Local Rule 6-1(a), Defendant Cushman & Wakefield U.S., Inc. ("Defendant"), by and through counsel, files this Notice of Parties' First Extension of Time to respond to Plaintiff's Complaint for Damages (the "Complaint"). In support thereof, Defendant states as follows:

　　1.　　Plaintiff's Complaint was filed on August 20, 2025. (ECF No. 1).

　　2.　　Defendant was served on September 2, 2025.

　　3.　　Defendant's response to the Complaint is currently due on or before September 23, 2025.

　　4.　　The deadline for Defendant to respond to Plaintiff's Complaint has not been previously extended.

　　5.　　Pursuant to Local Rule 6-1(a), Defendant provides notice that the time by which it must respond to Plaintiff's Complaint is hereby extended up to and including October 21, 2025.

1

6. The new deadline does not exceed twenty-eight (28) days and does not interfere with any Case Management Plan, scheduled hearings or trials, or other deadlines set by the Court.

7. Plaintiff Seth Cameron Virgil, Defendants Corelogic Background Data, First Advantage Background Services Corp., Klingbeil Capital Management, Ltd., Pinnacle Property Management Services, LLC, RentGrow Inc., UDR Inc. and Yardi Systems, Inc. do not object to the extension. The remaining defendants have not appeared in this matter.

WHEREFORE, Defendant Cushman & Wakefield U.S., Inc. respectfully provides notice that its deadline to respond to Plaintiff's Complaint for Damages is hereby extended up to and including October 21, 2025.

Dated: September 19, 2025

/s/ Brian O. Watson
Brian O. Watson
Rodney Perry (*pro hac vice forthcoming*)
Bria Stephens (*pro hac vice forthcoming*)
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Tel: 312-471-8700
Fax: 312-471-8701
bwatson@rshc-law.com
rperry@rshc-law.com
bstephens@rshc-law.com

*Counsel for Defendant Cushman & Wakefield U.S. Inc.*