**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SETH CAMERON VIRGIL | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO: 1:25-cv-01641-MPB-MJD |
| v. | ) | |
| | ) | |
| DRUCKER + FALK LLC, ET AL. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT DRUCKER + FALK LLC

Plaintiff, through counsel, hereby notifies the Court that Plaintiff and Defendant Drucker + Falk LLC (as the settled "Defendant") have reached a settlement in principle as to all claims asserted against Defendant. In support of this notice, Plaintiff represents further as follows:

1. A memorialized settlement release agreement is being prepared. Once that agreement is mutually executed, within thirty (30) days of that execution date, the parties anticipate filing a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Plaintiff therefore requests that the Court adjourn any deadlines or ordered directives with respect to this settled Defendant, pending the parties' filing of a stipulated dismissal with prejudice.

Respectfully submitted,

*/s/ James Louis Policchio*
James Louis Policchio (34737-49)
**JL POLICCHIO LAW LLC**
james@jlouislaw.com; 317.779.9919

*/s/ Kyle Schumacher*
PO Box 558, Spring Branch, TX 78070
503-482-8137;kyle@schumacherlane.com

***Counsel For Plaintiff Seth C. Virgil***

**CERTIFICATE OF SERVICE**

I certify that, on November 6, 2025, I filed a copy of the foregoing with the Clerk of the Court. Pursuant to S.D. Ind. Local Rule 5-2(a) and Fed. R. Civ. P. 5, notice of this filing will be electronically sent to all parties or counsel of record via the Court's Electronic Case Filing System.

Respectfully submitted,

*/s/ James Louis Policchio*
James Louis Policchio (34737-49)