**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SETH CAMERON VIRGIL, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-01641-MPB-MJD |
| EXPERIAN INFORMATION SOLUTIONS, et al., | |
| Defendants. | |

## DEFENDANTS CUSHMAN & WAKEFIELD U.S., INC. AND PINNACLE PROPERTY MANAGEMENT SERVICES LLC'S PRELIMINARY WITNESS AND EXHIBIT LIST

Pursuant to the Court's Case Management Order (ECF No. 268), Defendants Cushman & Wakefield U.S., Inc. ("Cushman & Wakefield") and Pinnacle Property Management Services, LLC ("Pinnacle") (collectively, the "C&W Defendants"), by their undersigned counsel, provide the following Preliminary Witness and Exhibit List. This list is based on information reasonably available to the C&W Defendants at this stage in the litigation, and the C&W Defendants reserve the right to amend or supplement their Preliminary Witness and Exhibit List as additional information becomes available or is discovered.

A.    **Preliminary Witness List**

1.    Plaintiff Seth Cameron Virgil.

2.    Claudia Arenas; Senior Regional Property Manager.

3.    Representatives of Defendants, including but not limited to:

a.    SafeRent Solutions, LLC, and

b.    RentGrow, Inc.

4.    All custodians of records needed to establish a foundation for business records.

5.    All experts who have been or will be retained in this matter.

6.      All persons deposed in connection with this action.

7.      All persons identified in depositions taken in this action.

8.      All persons to be utilized in the impeachment or rebuttal of evidence presented at trial.

The C&W Defendants reserves the right to identify additional witnesses, including but not limited to fact, expert, third party, and/or rebuttal witnesses.

**B.    Preliminary Exhibit List**

1.      Rental application and related materials submitted to San Regis Apartments in the name of Seth Virgil.

2.      Statement of charges and credits assessed in association with rental application submitted to San Regis Apartments in the name of Seth Virgil.

3.      The pleadings in this case.

4.      All exhibits utilized by any expert witness.

5.      All depositions and video depositions of any witnesses, including exhibits or documents produced during a deposition, taken in this matter.

6.      All documents identified on Plaintiff's exhibit list.

7.      Any exhibits necessary for purposes of impeachment or rebuttal at trial.

The C&W Defendants reserve the right to subsequently identify additional exhibits.

Dated: December 8, 2025                          /s/ Rodney Perry
                                                 Brian O. Watson
                                                 Rodney Perry (*pro hac vice*)
                                                 Bria Stephens (*pro hac vice*)
                                                 RILEY SAFER HOLMES & CANCILA LLP
                                                 1 South Dearborn Street, Suite 2200
                                                 Chicago, IL 60603
                                                 Tel: 312-471-8700
                                                 Fax: 312-471-8701
                                                 bwatson@rshc-law.com
                                                 rperry@rshc-law.com
                                                 bstephens@rshc-law.com

*Counsel for Defendants Cushman & Wakefield U.S. Inc. and Pinnacle Property Management Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Rodney Perry, hereby certify that on this 8th day of December, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which send electronic notification to all registered parties.

/s/ Rodney Perry
Rodney Perry
